1 | Phillip J. Griego, Esq. (SBN76616)
2 | Robert E. Nuddleman, Esq. (SBN 190269)
3 | Keith A. Ducote, Esq. (SBN 103107)
  | PHILLIP J. GRIEGO & ASSOCIATES
  | 95 S. Market Street, Suite 520
4 | San Jose, California 95113
  | (408) 293-6341
5 |
6 | Attorneys for Phu Kee Restaurant, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO DONATO RODRIGUEZ, | CASE NUMBER C07 060460 HRL |
| | E-Filing |
| Plaintiff, | |
| v. | **DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| PHU KEE RESTAURANT LLC, dba FU KEE RESTAURANT, and DOES 1-10, | |
| Defendants. | |

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 25, 2008

                                                     Respectfully Submitted,

                                                     PHILLIP J. GRIEGO & ASSOCIATES

Defendant's Consent to Magistrate      1

1
2
                         /s/
     ROBERT E. NUDDLEMAN, ESQ.
     Attorneys for Phu Kee Restaurant, LLC
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant's Consent to Magistrate                    2