1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ### Northern District of California

10 Rodriquez,                                                 07-06046 HRL MED

11                        Plaintiff(s),              **Notice of Appointment of Mediator**

12            v.

13 Phu Kee Restaurant, LLC,

14                        Defendant(s).

15 TO COUNSEL OF RECORD:

16        The court notifies the parties and counsel that the Mediator assigned to this case

17 is:

18                        **John E. F. DiNapoli**
                           DiNapoli & Sibley
19                        10 Almaden Blvd., Suite 1250
                           San Jose, CA 95113-2233
20                        408-999-0160
                           jfd@dslaw.net
21

22        Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

governs the Mediation program.  The mediator will schedule a joint phone conference
23
with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
24
the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25
The court permits the mediator to charge each party its pro rata share of the cost of the
26
phone conference.
27

28

**Notice of Appointment of Mediator**
07-06046 HRL MED                          - 1 -

*(left margin, vertical)* **United States District Court** **Northern District of California**

United States District Court
Northern District of California

1    Counsel are reminded that the written mediation statements required by the ADR

2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: March 5, 2008

5    RICHARD W. WIEKING
     Clerk
6    by:    Alice M. Fiel

7

8    ADR Case Administrator
9    415-522-3148
     Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
07-06046 HRL MED                    - 2 -