1  Phillip J. Griego, Esq. (SBN76616)
2  Robert E. Nuddleman, Esq. (SBN 190269)
   Keith A. Ducote, Esq. (SBN 103107)
3  PHILLIP J. GRIEGO & ASSOCIATES
   95 S. Market Street, Suite 520
4  San Jose, California 95113
   (408) 293-6341
5

6  Attorneys for Phu Kee Restaurant, LLC

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11
   ALEJANDRO DONATO              )   CASE NUMBER C07 060460 HRL
12 RODRIGUEZ,                    )   E-Filing
                                 )
13         Plaintiff,            )
                                 )   **NOTICE OF SETTLEMENT**
14 v.                            )
                                 )
15 PHU KEE RESTAURANT LLC, dba   )
   FU KEE RESTAURANT, and DOES 1-)
16 10,                           )
                                 )
17         Defendants.           )
                                 )
18                               )
                                 )
19

20      Plaintiff, Alejandro Donato Rodriguez, and Defendant, Phu Kee Restaurant, LLC

21 dba Fu Kee Restaurant, have resolved this matter. The parties are in the process of

22 finalizing the settlement agreement and anticipate this case will be dismissed prior to the

23 Case Management Conference currently set for Tuesday March 18, 2008.

24
   Dated: _____, 2008       Respectfully Submitted,
25
                                 PHILLIP J. GRIEGO & ASSOCIATES
26
                                 _____/s/_____
27                               ROBERT E. NUDDLEMAN, ESQ.
                                 Attorneys for Phu Kee Restaurant, LLC
28

Defendant's Answer to Complaint                                                        1