JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Alejandro Rodriguez

      Plaintiffs,

vs.

Phu Kee Restaurant LLC et al

      Defendants,

) Case No: C07-060460 hrl
)
) VOLUNTARY DISMISSAL RULE OF
) FEDERAL CIVIL PROCEDURE
) 41(a)(1)(ii)

1) The parties having entered into a settlement agreement on March 14, 2008, hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(ii). with prejudice.

Voluntary Dismissal - 1

Dated: 3/14/08

_____
James Dal Bon for the Plaintiff

Law Offices of James Dal Bon

Dated: 3/14/08

_____

Robert Nuddleman
Griego and Associates
Attorney for the Defendants